lmv

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

```
ISABEL CORTES FERRY        *
SERVICE, LTD.              *
                           *
     VS                    *    C.A. NO. B97 265
                           *
MOHAMMOND SALEHPOUR, ET AL *
```

## ORDER OF DISMISSAL

This cause of action was filed on December 1, 1997. Over ten months have elapsed and Plaintiff has failed to take any action to further prosecute its cause of action.

Accordingly, this cause of action is hereby **DISMISSED without prejudice.**

DONE at Brownsville, Texas, this ___4th___ day of November, 1998.

Filemon B. Vela
United States District Judge